In the Matter of Proving the Last Will and Testament of ABIGAIL JOURNEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as Executor, et al., Respondents.

(Submitted April 16, 1900; decided April 20, 1900.)

Motion for reargument denied, with ten dollars costs.   (See 162 N. Y. 611.)

---

In the Matter of the Final Judicial Settlement of the Account of EDWARD SPRAGUE, as Administrator of DAVID H. JOURNEAY, Deceased.

MARY L. ENGELBRECHT, Appellant; EDWARD SPRAGUE, as Administrator, et al., Respondents.

(Submitted April 16, 1900; decided April 20, 1900.)

MOTION for reargument denied, with ten dollars costs. (See 162 N. Y. 611.)